IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHERIE PURSER**                                                                                    **PLAINTIFF**

**V.**                                                                              **NO. 3:21-CV-138-DMB-RP**

**WAL-MART STORES, INC., et al.**                                                              **DEFENDANTS**

## ORDER

The undersigned district judge **RECUSES** herself from this case. The Clerk of the Court is directed to reassign this case to another district judge.

**SO ORDERED**, this 24th day of June, 2021.

                                                   **/s/Debra M. Brown**
                                                   **UNITED STATES DISTRICT JUDGE**